**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Operation Bass, Inc., a Kentucky corporation,

Plaintiff,

vs.

B.A.S.S., Inc., an Alabama Corporation, and Helen Sevier,

Defendants.

Civil File No. 00-CV-1111 (DWF/AJB)

**ORDER**

---

The above-entitled matter came on for hearing before the undersigned United States Magistrate Judge on March 15, 2001. Geoffrey P. Jarpe of Maslon Edelman Borman & Brand, LLP appeared on behalf of plaintiff. There was no appearance on behalf of defendants.

Based upon the motion papers and agreement of counsel, and upon all files, records, and proceedings herein,

IT IS HEREBY ORDERED:

1. Defendants shall produce and deliver to plaintiff's attorney all documents requested in Plaintiff's First Request for Production of Documents no later than 2:00 p.m. on Thursday, March 22, 2001;

2. Defendants shall answer and deliver to plaintiff's attorney all of Plaintiff's First Set of Interrogatories under oath, completely and accurately, by no later than 2:00 p.m. on Thursday, March 22, 2001; and

3. Defendants shall pay plaintiff the sum of $600 for its expenses in bringing this motion.

Dated: March 16th, 2001

BY THE COURT:

Arthur J. Boylan
United States Magistrate Judge

FILED MAR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______