**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Operation Bass, Inc., a Kentucky corporation,

Plaintiff,

vs.

B.A.S.S., Inc., an Alabama Corporation, and Helen Sevier,

Defendants.

Civil File No.: 00-CV-1111 (DWF/AJB)

**STIPULATION OF DISMISSAL, ORDER AND JUDGMENT**

---

## STIPULATION

The above-entitled matter, having been compromised and settled, is hereby dismissed on the merits and with prejudice, but without costs to any party.

**MASLON EDELMAN BORMAN & BRAND**

Dated: July 19, 2001

By: [signature]
Geoffrey P. Jarpe, # 49761
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200
Attorney for Plaintiff

FILED JUL 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. JUL 27 2001
DEPUTY CLERK

**JOHNSON & LINDBERG, P.A.**

Dated: ______________________

By: ______________________
Robert G. Haugen, #124345
Susan E. Gustad, #268008
Attorneys for Defendants
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

# ORDER

Pursuant to the Stipulation above, a judgment of dismissal on the merits and with prejudice shall be entered by the Court.

**BY THE COURT:**

Dated: July 27, 2001

______________________
United States District Court Judge

# JUDGMENT

Judgment of dismissal on the merits and with prejudice has been entered by the Court this _______ day of ______________________, 20___.

______________________
Clerk of Court

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500